PAULINE BAUM, Respondent, *v.* HADASSA CROSFIELD, Appellant.

Submitted October 6, 1952; decided October 9, 1952.

*Armende Lesser* for motion.

*Herbert G. Bantz* opposed.

Motion dismissed for want of jurisdiction. (Civ. Prac. Act, § 589, subd. 1, cl. [b].)

JOSEPH CARDINAL, Doing Business under the Name of CARDINAL ENGINEERING COMPANY, Appellant and Respondent, *v.* STATE OF NEW YORK, Respondent and Appellant. (Claim No. 28951.)

Submitted October 6, 1952; decided October 9, 1952.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 304 N. Y. 400.]